IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02041-RPM

KIMBERLY NEVILLE,

    Plaintiff,

v.

LAND TITLE GUARANTEE COMPANY,
a Colorado corporation,

    Defendant.

---

## ORDER GRANTING MOTION TO AMEND COMPLAINT

Upon consideration of Plaintiff's Unopposed Motion for Leave to Amend Complaint [7], filed on November 18, 2008, it is

ORDERED that the motion is granted and the Amended Complaint and Jury Demand attached thereto is deemed filed.

Dated: November 19th, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge