# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 08-cv-02041-RPM**

KIMBERLY NEVILLE,

    Plaintiff

v.

LAND TITLE GUARANTEE COMPANY,
a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation for Dismissal with Prejudice [17], it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys fees and costs.

DATED this 21st day of April, 2009.

    BY THE COURT:

    s/Richard P. Matsch

    _____
    United States District Judge